# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JUSTIN DUANE EWING § | |
| § | Civil Action No. 4:21-CV-386 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| GRAYSON COUNTY, TEXAS, ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 19, 2022, the report of the Magistrate Judge (Dkt. #45) was entered containing proposed findings of fact and recommendations that Defendants Sheriff Tom Watt and Doug Blackburn's Motion to Dismiss (Dkt. #34) be granted and Plaintiff Justin Duane Ewing's claims be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants Sheriff Tom Watt and Doug Blackburn's Motion to Dismiss (Dkt. #34) is **GRANTED**. *Pro se* Plaintiff Justin Duane Ewing's claims against Defendants are **DISMISSED WITH PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.
**SIGNED this 23rd day of September, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE